[No. 19815-1-II.    Division Two.    January 23, 1998.]

CARL W. PRICE, ET AL., *Appellants*, v. KITSAP TRANSIT,
*Respondent*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 87-2-01384-9, James D. Roper, J., entered
August 4, 1995. *Affirmed* by unpublished opinion per
Morgan, J., concurred in by Bridgewater, A.C.J., and Arm-
strong, J.

[Nos. 20217-4-II; 21319-2-II;   Division Two.   January 23, 1998.]
    21398-2-II.

WESTERN AIRPARK ASSOCIATION, ET AL., *Respondents*, v.
JOHN GREEFF, *Appellant*.

DAVID G. MENDENHALL, ET AL., *Appellants*, v. DENNIS
McCORMICK, ET AL., *Respondents*.

DAVID G. MENDENHALL, ET AL., *Appellants*, v. WESTERN
AIRPARK ASSOCIATION, ET AL., *Respondents*.

Appeals from judgments of the Superior Court for Thur-
ston County, Nos. 94-2-02676-1; 94-2-01353-7; 93-2-
01107-2, Richard A. Strophy, J., entered November 21,
1995, October 15 and November 15, 1996. *Affirmed* by un-
published opinion per Hunt, J., concurred in by Morgan
and Seinfeld, JJ.

[No. 20281-6-II.    Division Two.    January 23, 1998.]

CENTURY 21 OLYMPUS REALTY, *Plaintiff*, v. JAMES A.
ROBERTSON, ET AL., *Appellants*, LINDA WITCHER-CARBOUGH,
*Respondent*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 94-2-01831-8, Richard A. Strophy, J.,
entered December 11, 1995. *Reversed* by unpublished
opinion per Morgan, J., concurred in by Bridgewater, A.C.J.,
and Armstrong, J.